■ Dow Chemical Company, Appellant, v Employers Mutual Liability

INSURANCE COMPANY OF WISCONSIN et al., Respondents, and VAPON CORPORATION, Appellant.—Order, Supreme Court, New York County, entered on January 14, 1976, unanimously modified to direct the parties to file formal pleadings, and otherwise affirmed, for the reasons stated by Mertens, J., at Trial Term. Respondents (except Lloyd Quentin, Inc.) shall recover of plaintiff-appellant and defendant-appellant one bill of $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Nunez, JJ.